**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
RICHARD D. LIEBERMAN           )
McCarthy, Sweeney, &           )
Harkaway, PC                   )
2175 K Street, N.W.            )
Suite 600                      )
Washington, D.C. 20037         )
                               )
            Plaintiff,         )
                               )
       v.                      )   Civil Action No. 07-1600(JDB)
                               )
UNITED STATES DEPARTMENT OF    )
VETERANS AFFAIRS               )
810 Vermont Ave., N.W.         )
Washington, D.C. 20420         )
                               )
            Defendant.         )
                               )
_____)
```

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Diane M. Sullivan as counsel for defendant in the above-captioned case.

                                      Respectfully submitted,

                                      ___/s/_____
                                      DIANE M. SULLIVAN, D.C. Bar #12765
                                      Assistant United States Attorney
                                      555 Fourth Street, N.W.
                                      Room E4919
                                      Washington, D.C.  20530
                                      (202)514-7205