UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
RICHARD D. LIEBERMAN           )
                               )
            Plaintiff,         )
                               )
        v.                     )    Civil Action No. 07-1600(JDB)
                               )
UNITED STATES DEPARTMENT OF    )
VETERANS AFFAIRS               )
                               )
            Defendant.         )
                               )
_____)
```

## ANSWER

### First Defense

The defendant has not wrongfully withheld documents under FOIA.  The defendant is required to comply with 38 C.F.R. 1554a(c),(d),(f) before a decision on plaintiff's FOIA request can be made.

### Second Defense

In response to the numbered paragraphs of the complaint, the defendant responds as follows:

1.   This paragraph contains plaintiff's characterization of this lawsuit to which no response is required.  To the extent a response is deemed necessary, it is admitted.

2.   Admitted.

3.   Admitted.

4.   The defendant admits that it is an agency of the United States and has in its possession documents responsive to plaintiff's FOIA request.

    5.    Admitted.

    6.    Admitted.  The defendant avers that it is in the process of complying with the notification requirements to submitters required by 38 C.F.R. 1554a(c),(d),(f).

    7.    The defendant admits that plaintiff appealed to the General Counsel of the VA by virtue of 5 U.S.C. 552(a)(6)(A)(ii).  The defendant admits that it responded to plaintiff's FOIA request in an August 15, 2007 letter.  The Court is directed to the full text of the letter for a complete and accurate statement of its content and import.  The defendant admits that it has not yet made a decision or provided responsive documents.  However, the defendant avers that it is in the process of complying with 38 C.F.R. 1554 *et* *seq*.

    8.    Denied.
The remainder of the complaint is plaintiff's request for relief.  The defendant denies that the plaintiff is entitled to the relief requested or to any relief whatsoever.

```
                          Respectfully submitted,

                          __/s/_____
                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                          United States Attorney


                          __/s/_____
                          RUDOLPH CONTRERAS, D.C. BAR # 434122
                          Assistant United States Attorney


                          __/s/_____
                          DIANE M. SULLIVAN, D. C. BAR # 12765
                          Assistant United States Attorney
                          Judiciary Center Building
                          555 4th Street, N.W.
                          Room E4919
                          Washington, D.C. 20530
                          Phone:(202) 514-7205
```

Of Counsel:
JANET LEMONS
United States Department
of Veterans Affairs