UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RICHARD D. LIEBERMAN,

    Plaintiff,

    v.

UNITED STATES DEPARTMENT OF
VETERANS AFFAIRS,

    Defendant.

Civil Action No. 07-1600 (JDB)

## ORDER

Defendant has now answered plaintiff's complaint brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552. The requirements of Local Civil Rule 16.3 and Fed. R. Civ. P. 26(f) are inapplicable to FOIA actions. See Local Civil Rule 16.3(b)(1). The Court has reviewed the complaint and the answer in this case, and it is hereby

**ORDERED** that the parties shall confer and submit by not later than November 5, 2007, a proposed briefing schedule for the filing of dispositive motions to resolve this matter. In the event the parties cannot agree, separate proposals shall be filed by that date.

                                      /s/
                              JOHN D. BATES
                        United States District Judge

Dated:   October 11, 2007

Copies to:

Richard Donald Lieberman
McCarthy, Sweeney & Harkaway, PC
2175 K Street, NW
Suite 600
Washington, DC 20037
    *Counsel for Plaintiff*

Diane M. Sullivan
U.S. Attorney's Office
555 Fourth St., NW
Room E4919
Washington, DC 20530
    *Counsel for Defendant*