UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD D. LIEBERMAN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1600(JDB) |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| VETERANS AFFAIRS ) | |
| ) | |
| Defendant. ) | |

**JOINT MOTION FOR STAY AND PROPOSED BRIEFING SCHEDULE**

Plaintiff and Defendant jointly file the following motion for stay in response to the Order of the Court dated October 11, 2007. The parties request that a stay be granted until December 14, 2007, so the United States can make a determination on release of the documents pursuant to Plaintiff's Freedom of Information Act request.

Defendant United States indicates that on or about November 20, 2007 it expects to make a final decision on the release of the documents. In the event that the decision is to release the documents, 38 C.F.R. § 1.554a(f)(2) requires that the submitter be so advised, and that the date of disclosure be not less than 10 working days from the date the submitter is advised. Accordingly, if the United States decides to release the documents, it shall do so not later than December 14, 2007, and immediately furnish them to Plaintiff. Within two days of receipt, Plaintiff will move to dismiss the instant action.

In the event that the United States decides not to disclose the documents, the parties agree that the decision not to disclose will be made by December 14, 2007. They further agree, subject to the approval of the Court, to the following briefing schedule: Dispositive motions of both parties will be due on January 25, 2008; Reply briefs will be due on February 5, 2008.

An order consistent with this motion is attached.

__/s/ *Richard D. Lieberman*__
RICHARD D. LIEBERMAN
D.C. Bar # 419303
McCarthy, Sweeney
& Harkaway, PC
2175 K Street, N.W.
Suite 600
Washington, DC 20037
Phone: (202) 775-5560

Respectfully submitted,

__/s/ *Jeffrey A. Taylor*__
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

__/s/ *Rudolph Contreras*__
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

__/s/ *Diane M. Sullivan*__
DIANE M. SULLIVAN, D. C. BAR # 12765
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Room E4919
Washington, D.C. 20530
Phone:(202) 514-7205

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD D. LIEBERMAN )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>VETERANS AFFAIRS )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1600(JDB) |

### ORDER

Upon Consideration of the parties' Joint Motion for a Stay and Proposed Briefing Schedule, it is by the Court this ____ day of _____, 2007 hereby,

ORDERED, that the parties' motion is GRANTED; it is further

ORDERED, that defendant shall make a determination on release of the documents pursuant to plaintiff's Freedom of Information Act request by December 14, 2007; it is further

ORDERED, that any motions for summary judgment shall be filed on or before January 20, 2007, and it is further,

ORDERED, that dispositive motions of both parties will be due on January 25, 2008 and reply briefs will be due on February 5, 2008.

_____
United States District Court Judge

Copies to:
Parties via ECF