UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD D. LIEBERMAN,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>VETERANS AFFAIRS,<br><br>    Defendant. | Civil Action No. 07-1600 (JDB) |

## ORDER

Upon consideration of [6] the parties' joint motion for a stay, and the entire record herein, it is this 26th day of October, 2007, hereby

**ORDERED** that [6] the joint motion for a stay is **GRANTED**; it is further

**ORDERED** that defendant shall inform plaintiff of its decision regarding the release of documents pursuant to plaintiff's Freedom of Information Act request by not later than December 14, 2007; and it is further

**ORDERED** that dispositive motions of both parties shall be filed by not later than January 25, 2008, and responsive briefs shall be filed by not later than February 5, 2008.

**SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge