# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD D. LIEBERMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF )<br>VETERANS AFFAIRS )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1600 (JDB) |

## JOINT MOTION FOR STAY

Plaintiff and Defendant jointly file the following motion for stay, based on the release of documents made by Defendant.

Plaintiff received documents released as stipulated in the Joint Motion for Stay and Proposed Briefing Schedule filed previously with the Court.

Plaintiff examined the documents and believes there may be certain documents that were inadvertently omitted. Plaintiff will identify any such missing documents to Defendant by December 29, 2007. Defendant agrees to re-examine its records and furnish by January 21, 2008 any documents that were inadvertently omitted in its response.

2

Accordingly, the parties therefore request a stay in this case until January 21, 2008.

An order consistent with this motion is attached.

Respectfully submitted,

/s/ Diane M. Sullivan
Diane M. Sullivan
D.C. Bar # 12765
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Room E4919
Washington, D.C. 20530
Phone: (202) 514-7205

/s/ Richard D. Lieberman
Richard D. Lieberman
D.C. Bar # 419303
McCarthy, Sweeney & Harkaway, PC
2175 K Street, N.W.
Suite 600
Washington, D.C. 20037
Phone: (202) 775-5560

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
RICHARD D. LIEBERMAN                )
                                    )
            Plaintiff,              )
                                    )
      v.                            )     Civil Action No. 07-1600 (JDB)
                                    )
UNITED STATES DEPARTMENT OF         )
VETERANS AFFAIRS                    )
                                    )
            Defendant.              )
                                    )
_____ )

## **ORDER**

Upon consideration of the parties' Joint Motion for Stay, it is by the Court this

_____ day of _____, 2007 hereby,

ORDERED, that the parties' motion is GRANTED; and it is further

ORDERED, that defendant shall submit to plaintiff all inadvertently omitted documents by January 21, 2008.

					_____
					United States District Court Judge

Copies to:
Parties via ECF