**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| RICHARD D. LIEBERMAN<br>McCarthy, Sweeney, & Harkaway, PC<br>2175 K Street, N.W.<br>Suite 600<br>Washington, DC  20037<br><br>             Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF<br>VETERANS AFFAIRS<br>810 Vermont Ave., N.W.<br>Washington, D.C. 20420<br><br>             Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-01036 (ESH)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby dismiss this action, with each party to bear their own costs.

                                                                    Respectfully Submitted,


/s/Diane M. Sullivan                                    /s/ Richard D. Lieberman
DIANE M. SULLIVAN                              RICHARD D. LIEBERMAN
DC Bar # 12765                                        D.C. BAR # 419303
Assistant U.S. Attorney                              McCarthy, Sweeny & Harkaway, P.C.
Judiciary Center Building                           2175 K. Street, N.W., Suite 600
555 4th Street, N.W.                                  Washington, DC 20037
Room E4919                                              (202) 775-5560
Washington, D.C. 20530
(202) 514-7205

Dated: January 23, 2007