IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD D. LIEBERMAN,  Plaintiff, | Civil Action No. 07-1600 (JDB) |
| v. | |
| UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, Defendant. | |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby dismiss this action. The Government has produced the documents sought.

Respectfully Submitted,

/s/Diane M. Sullivan
DIANE M. SULLIVAN
DC Bar # 12765
Assistant U.S. Attorney
Judiciary Center Building
555 4th Street, N.W.
Room E4919
Washington, D.C. 20530
(202) 514-7205

/s/ Richard D. Lieberman
RICHARD D. LIEBERMAN
D.C. BAR # 419303
McCarthy, Sweeny & Harkaway, P.C.
2175 K. Street, N.W., Suite 600
Washington, DC 20037
(202) 775-5560

Dated: January 23, 2007